MAE LEVINE et al., Respondents, *v.* LONG ISLAND RAILROAD COMPANY, Appellant.

Argued June 16, 1942; decided July 29, 1942.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for appellant.

*Mortimer Hays, Walter R. Barry, Abraham Porter* and *Robert J. Rudner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.